Trustees of the Internal Improvement Fund of Florida, Appellants, v. William W. Dewhurst, Appellee.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed on motion for counsel for Appellants.

*J. B. Johnson,* for Appellants.

---

Kaufman Metal Company, a corporation, Plaintiff in Error, v. American Sawmill Machinery Co., a Corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Duval County.

Writ of Error dismissed by order of the Court.

*Sabel & Reinstine,* for Plaintiff in Error;

*Gary Alexander,* for Defendant in Error.

---

Atlanta Terra Cotta Company, a Corporation, Appellant, v. Florida East Coast Railway Company, *et al.,* Appellees.

An Appeal from the Circuit Court for Volusia County.

Appeal dismissed on motion of counsel for Appellant.

*Kay, Adams & Ragland,* for Appellant;

*Robert H. Anderson, Russel L. Frink, John B. L'Engle* and *Marks, Marks & Holt,* for Appellees.